# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOFI FEDERAL BANK, a federal savings bank,<br><br>Petitioner,<br><br>vs.<br><br>VERONICA GOLUB, an individual,<br><br>Respondent. | CASE NO. 18cv816-LAB (JMA)<br><br>**ORDER PARTIALLY GRANTING MOTION TO SEAL** |

Bofl Federal Bank asks this Court to seal its petition to confirm an arbitration award. A party must provide "compelling reasons" for sealing a dispositive motion like this one. *Kamakana v. City and Cnty. of Honolulu,* 447 F.3d 1172, 1178–80 (9th Cir. 2006). The Bank wants everything sealed because its arbitration agreement provides for keeping these materials confidential. Agreeing to the "confidentiality of certain documents, however, does not alone constitute a compelling reason to seal them." *Ovonic Battery Co., Inc. v. Sanyo Elec. Co., Ltd*, 2014 WL 2758756, at *3 (N.D. Cal. June 17, 2014). But the Court agrees there are compelling reasons to seal confidential material related to the Bank Secrecy Act and client financial account information. The Bank will refile the Arbitration Award with the following portions redacted: Loan information on page 3, n.1, and n.10; all of page 4, n. 5, and n. 6.

**IT IS SO ORDERED**.

Dated:  May 3, 2018

HONORABLE LARRY ALAN BURNS
United States District Judge